IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALAN DOERING
(ADC #106115)                                                                                                    PLAINTIFF

v.                              Case No. 2:14-CV-02031

SHERIFF BILL HOLLENBECK; OFFICER JOHN
DEVANE; DR. WILLIAM HAYES; TIM GRANT;
NURSING DIRECTOR CINDY MOORE; ANA
BAZAR; and OFFICER JOHN SCHUCH                                                   DEFENDANTS

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 56) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant Tim Grant's motion for summary judgment (Doc. 46) is GRANTED and Plaintiff's claims as to Defendant Grant are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of August, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE