IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALAN DOERING                                                               PLAINTIFF

v.                            Case No. 2:14-CV-02031

SHERIFF BILL HOLLENBECK, OFFICER
JOHN DEVANE, DR. WILLIAM HAYES,
NURSE CINDY MOORE, OFFICER JOHN
SCHUCH                                                DEFENDANTS

**ORDER**

Currently before the Court are the findings and recommendations (Doc. 85) of the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 86). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error. The Magistrate made detailed findings of facts based on the evidence presented in a hearing and documents submitted with the motion for summary judgment and responses filed by the Plaintiff. The Magistrate also made credibility determinations based on conflicting testimony and conflicting evidence, and such credibility determinations are based on a careful weighing of the evidence.

The Magistrate's report (Doc. 85) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendants' motion for summary judgment (Docs. 64) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE