IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALAN DOERING                                                                                          PLAINTIFF

v.                                    Case No. 2:14-CV-2031

SHERIFF BILL HOLLENBECK,
OFFICER JOHN DEVANE,
DR. WILLIAM HAYES,
NURSE CINDY MOORE, and
OFFICER JOHN SCHUCH                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE. ,

IT IS SO ADJUDGED this 23rd day of September, 2016.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE